**Rose C. POWELL, Plaintiff–Appellant,**

v.

**Tony A. KELLER; Jorge Sosa; Jason Coy Reid; Timothy James Brewer; Larry Waters; William A. Brafford; Gretchen C.F. Shappert; Richard L. Voorhees; Magistrate Judge Carl Horn; Gregory A. Forest; Jayme Miller; United States Marshal Service; Catawba County; Catawba County Board of Commissioners; Sheriff of**

Catawba County; Catawba County Sheriff's Department; Coldwell Banker; Boyd Hassell Industrial Commercial Properties; Elvalorie Matthews; Richard McDonnell; Mark T. Calloway; Newton Police Department; Conover Police Department, Defendants–Appellees.

No. 06–1898.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 17, 2006.

Rose C. Powell, Appellant Pro Se. James Redfern Morgan, Jr., Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina; Elizabeth Ann Martineau, Hedrick, Eatman, Gardner & Kincheloe, Charlotte, North Carolina; Scott Douglas MacLatchie, Womble, Carlyle, Sandridge & Rice, PLLC, Charlotte, North Carolina; Jennifer Ann Youngs, Office of the United States Attorney, Charlotte, North Carolina; William Anthony Navarro, Wishart, Norris, Henninger & Pittman, Charlotte, North Carolina, for Appellees.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rose C. Powell appeals the district court's order denying relief on her motion for a hearing, her civil rights complaint, and her motion for appointment of counsel. We have reviewed the record and find no reversible error. According, we affirm for the reasons stated by the district court. *See Powell v. Keller,* No. 5:03–CV–00160–5–MU (W.D.N.C. Aug. 1, 2006). We deny Powell's motions for judicial notice and to dismiss defendant-appellee's motion for summary judgment and informal briefs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*